**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

DONALD STEPHEN REDUS,                )
*individually and on behalf of all others*    )
*similarly situated*,                         )
                                             )
        Plaintiff,                          )
                                             )    Case No. 4:25-CV-01387-NCC
    v.                                     )
                                             )
BIRNER STL LLC,                              )
                                             )
        Defendant.

**ORDER**

Before the Court is the parties' Stipulation of Dismissal With Prejudice (Doc. 36). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED with prejudice,** with respect to named Plaintiff Donald Stephen Redus's claims.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED without prejudice**, with respect to claims of putative collective action members whom named Plaintiff Donald Stephen Redus sought to represent.

Dated this 28th day of July, 2026.

                    /s/ Noelle C. Collins
                    NOELLE C. COLLINS
                    UNITED STATES MAGISTRATE JUDGE